United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT L. MONCRIEF, | ) |
|  | ) NO. C09-5715-FDB-JRC |
| Plaintiff, | ) |
|  | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE OPENING BRIEF |
|  | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before April 27, 2010, Defendant's Answering Brief shall be filed on or before May 25, 2010, Plaintiff's Reply Brief shall be filed on or before June 8, 2010; and oral argument, if desired, shall be requested by June 15, 2010.

DATED this 26th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5715 FDB] - 1