1

United States Magistrate Judge J. Richard Creatura

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

WESTERN DISTRICT OF WASHINGTON

8

9  SCOTT L. MONCRIEF,                         )
                                              )  CIVIL NO. C09-5715-FDB-JRC
10           Plaintiff,                       )
                                              )  ORDER FOR EXTENSION OF
11  vs.                                       )  TIME TO FILE OPENING BRIEF
                                              )
12  MICHAEL J. ASTRUE,                        )
    Commissioner of Social Security,          )
13                                            )
                                              )
14          Defendant.                        )

15

16      Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

17      ORDERED that Plaintiff's Opening Brief shall be filed on or before May 27, 2010,

18  Defendant's Answering Brief shall be filed on or before June 24, 2010, and Plaintiff's

19  Reply Brief shall be filed on or before July 8, 2010.

20      Oral argument, if desired, shall be requested by July 15, 2010.

21      DATED this 30th day of April, 2010.

22

23  _____

24  J. Richard Creatura
    United States Magistrate Judge

25

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  BRIEF- 1