IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| SCOTT L. MONCRIEF,<br><br>    Plaintiff,<br><br>    vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:09-CV-5715-RBL-JRC<br><br>ORDER GRANTING AGREED MOTION<br>TO AMEND BRIEFING SCHEDULE |

Based upon consideration of the Defendant's Motion for an amended scheduling order, the Declaration of Terrye E. Shea in support of the request, and noting that Plaintiff's counsel does not object, it is hereby ORDERED:

1.   Defendant's responsive brief is due by August 5, 2010;

2.   Plaintiff's optional reply brief is due by August 19, 2010; and

3.   Oral argument, if desired, requested by August 26, 2010.

DATED this 21st day of June 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING AMENDMENT OF
BRIEFING SCHEDULE - 1