UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT L. MONCRIEF,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C09-5715RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Magistrate Judge recommends that this stipulated motion for remand be granted and the matter remanded for further administrative proceedings. The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, the stipulated motion to remand, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore REMANDED, pursuant to the parties' stipulated motion, to the administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 7th day of September, 2010

           /s/ Ronald B. Leighton
           RONALD B. LEIGHTON
           UNITED STATES DISTRICT JUDGE

ORDER - 1