# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT L. MONCRIEF,,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C09-5715RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     The matter is therefore REMANDED, pursuant to the parties' stipulated motion, to the administration for further consideration.

| | |
|---|---|
| September 8, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |